**Order filed August 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

—————————

## NO. 01-16-00330-CR

—————————

**DERRICK MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1454000**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit P-11.

The exhibit clerk of the 232nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibit P-11, on or before August 19, 2016. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit P-11, to the clerk of the 232nd District Court.

PER CURIAM